## STATEMENT OF FACTS

On November 8, 2022, at approximately 12:30 a.m., members of the Metropolitan Police Department (MPD) responded to 3304 24th Street NE for the sound of gunshots. Shotspotter technology also alerted officers to the sound of 5 gunshots at 3400 24th Street NE. Officers responded to the scene and located the complainant (C1) suffering from a gunshot wound to the right ankle. C1 was treated on scene by DC Fire and ambulance. Officers requested a detective to respond to the scene.

MPD Detective Bank responded to the scene and interviewed C1 on scene and again at Howard University Hospital. The following was learned: C1 resides in Howard County, Maryland. On November 7, 2022, during the evening, C1 parked C1's car and was walking toward the entrance to an apartment building located at 8181 Robinson-Jefferson Dr. Elkridge, Maryland 21075. A black male (S1) opened the door and appeared to be holding the door for C1. As C1 was walking into the apartment building, S1 grabbed C1's purse and attempted to snatch the purse from C1's possession. C1 and S1 struggled over the purse. S2 then joined the struggle for the purse. C1 did not let the purse go. S2 produced a black handgun and hit C1 in the head twice with the handgun. C1 still did not let the purse go. The suspects were subsequently able to get the purse from C1.

The suspects then grabbed C1 and dragged C1 over to a silver sedan style vehicle. The suspects shoved C1 into the car The suspects then went through C1's purse and found a Glock handgun in a lockbox, credit cards, approximately $8,000-$9,000 in US Currency, identification for C1, a social security card for C1, and two iPhones. S1 drove the suspect vehicle while S2 sat in the back seat with C1. S2 kept a gun pointed at C1.

At some point, S1 stopped to get gas at a gas station in Prince George's County, Maryland. S2 pumped the gas while S1 moved from the driver's seat to the rear of the vehicle. S1 proceeded to use his hands to touch C1's pants in the area of C1's vagina and grabbed C1's left breast. S2 finished pumping gas and S1 moved back to the driver's seat. S2 got back into the rear of the suspect vehicle. S1 started driving again.

After some time, S1 and S2 stopped in a neighborhood unknown to C1. Both S1 and S2 got out of the suspect vehicle and began talking. C1 could not hear what was being said. S1 and S2 reentered the suspect vehicle. S1 and S2 were extremely quiet. S1 started driving again. C1 repeatedly asked if S1 and S2 were going to kill C1. C1 believed about 25-30 minutes went by. C1 believed the suspects were going to kill her. C1 jumped out of the suspect vehicle at the intersection of 24th Street NE and South Dakota Ave. NE, Washington, D.C. C1's property remained inside of the car. C1 ran toward the 3400 block of 24th Street NE. C1 heard several gunshots and realized she had been shot in the right ankle. C1 ran to 3404 24th Street NE. C1 did not see where S1 or S2 fled.

C1 believes she was in the silver sedan with S1 and S2 for approximately 2 hours. At the time of her interview, C1 could only describe the vehicle as being a silver sedan with red seats.

C1 was not confident whether she would be able to identify S1 or S2, as both suspects were

1

wearing face masks covering everything but their eyes. Both suspects were wearing black hooded tops. One suspect was wearing black pants with a Nike logo.

Detective Bank contacted Howard County, Maryland Police and spoke with Detective Branigan who confirmed that Howard County Police were dispatched to 8181 Robinson-Jefferson Drive in Elkridge, Maryland at 10:11 pm on November 7, 2022. The exact time of the 911 call is unknown at this time. C1's vehicle was located in the parking lot of this location. An independent witness interviewed by Howard County detectives confirmed that an individual consistent with C1 was dragged away by a suspect.

On November 8, 2022, Detective Bank was notified by MPD criminal research specialists that a high Global Positioning System (GPS) hit was detected for Tyree Mccombs, date of birth ██-██-1995, and PDID ██████ (hereinafter, "MCCOMBS"). MCCOMBS is currently on GPS tracking through the Court Services and Offender Supervision Agency (CSOSA) in Washington DC in reference to an unrelated criminal matter.

The GPS tracks place MCCOMBS near the location of the initial abduction of C1 on November 7, 2022. Specifically, MCCOMBS' GPS shows him entering a plaza at or near a COSTCO and in a parking area outside of 8181 Robinson-Jefferson Drive, Elkridge, Maryland at approximately 9:42 p.m. His GPS data then shows him leaving the area via route 175 toward I-95 southbound at approximately 9:58 p.m., approximately 13 minutes before Howard County Police responded to the location due to a report of the abduction. In more detail, MCCOMBS GPS placed him at 7815 Paragon Circle, Elkridge, Maryland at 9:55 P.M. on November 7, 2022. The address of 7815 Paragon Circle, Elkridge, Maryland is within 200 feet of 8181 Robinson-Jefferson Drive Elkridge, Maryland, the location from where C1 was abducted. Detective Bank shared the GPS tracks of MCCOMBS with Howard County Detective Branigan who was able to show Detective Bank that a portion of MCCOMBS' GPS tracks were at 8181 Robinson-Jefferson Drive, Elkridge, Maryland 21075.

MCCOMBS' GPS tracks also placed him at the scene of the shooting at 12:29 a.m. on November 8, 2022. According to Shotspotter records, five rounds were fired at 12:29:06 a.m. in the vicinity of 3400 24th Street NE, Washington, D.C. on November 8, 2022. MCCOMBS'S GPS records placed him within 26 feet of 3304 24th Street NE at 12:29 a.m. on November 8, 2022. 3304 24th Street NE is at the intersection of 24th Street NE and South Dakota Ave. NE, where C1 jumped out of the suspect car.

MCCOMBS' GPS tracks then showed him traveling southbound at or near South Dakota Ave. NE at a rate of 39 miles per hour at 12:31 a.m. MCCOMB'S GPS tracks place him in the vicinity of 4407 3rd Street SE, Washington, D.C. at 1:15 a.m. on November 8, 2022 and then place him at 720 Shepherd Street NW, Washington, D.C. by 1:45 a.m.

720 Shepherd Street NW, Washington, D.C. is the address on file for MCCOMBS at CSOSA. Additionally, law enforcement was informed during a later search of this address that MCCOMBS resides there, and were directed to MCCOMBS' bedroom by a woman who identified herself as his grandmother.

2

MPD Detective Hain created a nine-person photo array with MCCOMBS in position number 9. The photo array was shown to C1. C1 was not certain and did not select any photograph. C1 did use her right fingers to point to photograph number 9 and stated, "I feel like it's number 9 but I'm not 100% sure" and "he looks recognizable from the eye area."

On November 8, 2022, Detective Hain responded to 7█ Shepherd Street NW, the home address of MCCOMBS. Detective Hain obtained a description of the residence. Detective Bank started drafting a search warrant. While getting the description for the residence, Detective Hain observed a silver sedan with red seats parked legally in the 700 block of Shepherd Street NW.

The silver sedan was confirmed to be a Toyota Camry XSE with a DC registration of █937. In the early hours of the morning on November 8, 2022, an unknown individual – later identified as W-1, the sister of MCCOMBS – was observed entering and operating the vehicle. Law enforcement stopped the vehicle in the 5300 block of Georgia Avenue NW. A criminal check on the sedan's DC registration revealed that the vehicle was valid and registered to W1. A criminal check on W1 revealed that W1 was not wanted, and that W1 had historical information in DC. W1 was advised why W1 was being stopped and that the vehicle was under investigation in reference to a shooting. W1 gave written consent to search the vehicle and to forensically process the vehicle. The written consent was written in Detective Hain's notes. DFS Technician Rojas, CSU 57, responded to the scene and processed the Toyota. No weapons or property belonging to C1 were located inside the vehicle.

W1 stated that W1 last saw MCCOMBS on November 7, 2022 at approximately 6:00 p.m. via a home surveillance camera at 7█ Shepherd Street NW, Washington, D.C. W1 stated that W1 has a cordial relationship with MCCOMBS but they are not close. According to W1, W1 did not know if MCCOMBS had any relationship issues or any issues with anyone. W1 did not know if MCCOMBS had a phone. W1 stated that MCCOMBS did not have permission to use W1's car. W1 stated that W1 had two sets of keys to the vehicle—one set that W1 keeps with W1 and the other one W1 believed was in W1's room. W1 stated that W1 last drove the vehicle on November 7 between 12:00 p.m. and 6:00 p.m when W1 was in Hyattsville, Maryland for a happy hour. W1 drove home and stayed there the rest of the night. When W1 next drove the vehicle, in the morning on November 8, W1 was stopped by law enforcement. W1 stated that W1 has a Toyota application that tracks W1's vehicle usage. W1 receives a text if it is operated. W1 stated that W1 did not receive a text during the night of November 7 stating the vehicle was being used. W1 stated that the app also tracks the vehicle's movements, but the tracks are delayed by 24 hours. W1 stated that W1 did not have the tracks for November 7 yet. W1 stated that the black heel shoes on the floorboard of the front passenger seat of the vehicle belonged to W1. W1 refused to give an elimination buccal swab.

Photographs of the red seats in the Toyota, consistent with the description provided by C1, are located below:



Detective Bank drafted a search warrant for 7█ Shepherd Street NW, which was submitted and signed by D.C. Superior Court Judge Ryan.

At this time, it was discovered that MCCOMBS had left the residence. CSOSA was used to track the location of MCCOMBS. A lookout was broadcast over the MPD Fourth District radio. Officers were able to locate and stop MCCOMBS outside 7█ Shepherd Street NW. MCCOMBS was observed walking in the rear alley of 7█ Shepherd Street NW before being stopped by police. MCCOMBS was placed under arrest and transported to the Fifth District for processing.

DC Police Emergency Response Team responded to 7█ Shepherd Street NW and cleared the residence. Law enforcement, including FBI, MPD, and Howard County, Maryland officers, then searched the residence pursuant to the search warrant. No property of evidentiary value was recovered inside the residence. Photographs of mail matter with MCCOMBS' name were taken. Photographs of credit cards without MCCOMBS' name were observed in his bedroom. Photographs were taken of these credit cards as well.

At the Fifth District station, FBI Special Agent Stenzel and Howard County Detective Branigan interviewed MCCOMBS in a recorded interview room. During the interview, MCCOMBS denied committing the above-described offenses. MCCOMBS alleged that he didn't remember where he was the night before. MCCOMBS refused to consent to the search of his three cell phones, which were seized as evidence. Detective Hain and Crowley also seized the clothing MCCOMBS was wearing as evidence. He was wearing a puffy jacket, ripped blue jeans, an under-amour t-shirt, and size 9 shoes. Detectives provided MCCOMBS with clothing to wear while waiting presentation to the court.

SPECIAL AGENT BRIDGETT SOARES
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of November, 2022.*

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE