UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 22-MJ-246 |
| TYREE EUGENE MCCOMBS, | : | VIOLATION:<br>18 U.S.C. § 1201(a)(1)<br>(Kidnapping) |
| Defendant. | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about November 7, 2022 within the state of Maryland and the District of Columbia, **TYREE EUGENE MCCOMBS**, did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold "A.H.," and, in committing or in furtherance of the commission of the offense, "A.H." was willfully transported and traveled in interstate commerce, between the state of Maryland and Washington, D.C. from November 7, 2022 through November 8, 2022.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

A TRUE BILL:

FOREPERSON.

_Matthew M. Graves_
Attorney of the United States in
and for the District of Columbia.