UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 22-CR-377 (ABJ) |
| **TYREE MCCOMBS** | : | |

**MOTION FOR RECOMMENDATION TO UNITED STATES MARSHALS SERVICE**

Mr. Tyree McCombs, through undersigned counsel, respectfully moves this Honorable Court to recommend to the United States Marshals Service that Mr. McCombs be transferred from the District of Columbia Central Detention Facility ("D.C. Jail") to another facility. In support of this request, counsel submits the following.

1. Mr. McCombs is charged in a sixteen-count indictment—including two kidnapping charges and an alleged assault with intent to kill while armed—arising out of two separate incidents. Although no others are charged with these incidents, the government alleges that at least three others, possibly more, participated in the offenses.

2. Mr. McCombs was arrested on November 9, 2022, and following a detention hearing on November 14, 2023, the court committed to the custody of the Attorney General. The United States Marshals Service designated him to the D.C. Jail, and he has been detained there since his arrest.

3. Although Mr. McCombs has *not* cooperated with the government in their investigation of the charged offenses (or any other matter), other inmates at the D.C. Jail have suggested that they believe that Mr. McCombs has done so. These individuals have placed Mr. McCombs in fear. Most recently, another inmate—who Mr. McCombs is unable to identify—threatened Mr. McCombs with a knife, indicating that Mr. McCombs needed to move

off of the block where they were both housed. Mr. McCombs then asked for and was place in "protective custody."

4. "Protective custody" is isolation for long periods of time and is mentally taxing. Mr. McCombs should not be required to endure isolation as a condition of pre-trial detention in order to ensure his own safety. A separation order would not be sufficient to protect Mr. McCombs because Mr. McCombs does not know the identity of those who have made suggestions of threats or the identity everyone associated with those individuals.

5. Mr. McCombs strongly believes that he will be safer at a different facility, where hopefully the same false rumors of cooperation will not circulate.

WHEREFORE, Mr. McCombs respectfully requests that the Court recommend to the United States Marshals Service that they transfer Mr. McCombs to another pre-trial detention facility. A proposed order is attached.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500