UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 22-CR-377-01 (ABJ) |
| **TYREE MCCOMBS** | : | |

### UNOPPOSED MOTION FOR LEAVE TO LATE FILE

Mr. Tyree McCombs, through undersigned counsel, respectfully moves this Honorable Court for leave to late file Defendant McCombs's Motion to Suppress Evidence Obtained as a Result of Unlawful Warrant Arrest and Defendant McCombs's Motion to Dismiss Count Twelve. Pursuant to the Court's order, pre-trial motions were due on September 18, 2023. On that date, undersigned counsel filed two motions. However, due to commitments in other matters, undersigned counsel was unable to adequately complete the additional motions she now seeks to late file by four days. The government has no objection to this motion, and the late filing will not interfere with the Court's scheduling in this matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500